NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEVEN T. HUMPHREY,                )
                                   )
            Appellant,             )
                                   )
v.                                 )        Case No. 2D17-4707
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)

Opinion filed March 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Vivian T.
Corvo, Judge.

PER CURIAM.

        Affirmed.

LaROSE, C.J., and CASANUEVA and CRENSHAW, JJ., Concur.